1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AZAEL DYTHIAN PERALES,

   Petitioner,

   v.

U.S. Department of Labor, et al.,

   Respondents.

)
)
)
)
)
)
)
)
)
)
)

NO. SACV 10-1737 JVS (AGR)

**OPINION AND ORDER ON
PETITION FOR WRIT OF
HABEAS CORPUS**

  On November 12, 2010, Petitioner, proceeding *pro se*, filed an "Application for Writ of Habeas Corpus" ("Petition").  Although captioned as a petition for writ of habeas corpus, it plainly appears from the face of the Petition that this Court does not have habeas jurisdiction.  Petitioner is not incarcerated or in custody. *See* 28 U.S.C. §§ 2241(c), 2254(a).  Petitioner does not challenge a judgment, conviction, or sentence.  *Id.*  He meets none of the requirements set forth in 28 U.S.C. § 2241(c).  Instead, the Petition, which names the United States Department of Labor, President Obama, Secretary of State Clinton, and an

1   assortment of other governmental figures, is virtually unintelligible.[1]  *See, e.g.,*

2   *Perales v. United States*, Case No. SACV 10-1472 JVS (AGR) (C.D. Cal. 2010);

3   *Perales v. United* States, Case No. SACV 10-1250 JVS (AGR) (C.D. Cal. 2010);

4   *Perales v. Cochran Law Firm*, Case No. SACV 10-1138 JVS (AGR) (C.D. Cal.

5   2010); *Perales v. Apex Building Maintenance*, Case No. CV 10-16-UA-DUTY

6   (C.D. Cal. 2010), Dkt. No. 2 (order denying leave to file action without

7   prepayment of filing fee and collecting previous denials).[2]

8       A petition for writ of habeas corpus is subject to summary dismissal when it

9   plainly appears on the face of the petition that the petitioner is not entitled to

10  relief.  *Cf.* Rule 4 of the Rules Governing Section 2254 Cases in the United

11  States Courts ("[i]f it plainly appears from the face of the petition . . . that the

12  petitioner is not entitled to relief in the district court," judge must dismiss petition

13  and direct clerk to notify petitioner); *Hendricks v. Vasquez*, 908 F.2d 490, 491

14  (9th Cir. 1990).

15      Summary dismissal is appropriate here because there is no basis for

16  habeas jurisdiction.  The Petition is not cognizable under habeas and is frivolous.

17  *See Mayle v. Felix*, 545 U.S. 644, 669-70, 125 S. Ct. 2562, 162 L. Ed. 2d 582

18  (2005) ("the purpose of the heightened pleading standard in habeas cases is to

19  help a district court weed out frivolous petitions before calling upon the State to

20  answer").

21  ///

22  ///

23  ///

24

25      [1]  Petitioner begins the pleading by addressing the Chief Judge of the
    Central District of the California Ronald Reagan U.S. Courthouse.  (Petition at 2.)
26  The Petition is imbedded in the middle of an array of other papers.  The first page
    of the filed document is a Cover Sheet form from the United States Court of
27  Federal Claims.  (Dkt. No. 1 at 1-2.)

28      [2]  *See also Perales v. Wilshire Restaurant Group*, Case No. SACV 09-
    1255-UA-DUTY (C.D. Cal. 2009).

1        IT IS HEREBY ORDERED that Judgment be entered summarily dismissing

2    the Petition.

3

4    DATED: November 29, 2010        _____

5                                         JAMES V. SELNA
                                    United States District Judge

6

7    Presented by:

8

9    _____
      ALICIA G. ROSENBERG
10   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28