# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| AZAEL DYTHIAN PERALES, | ) | No. SACV 10-1737-JVS (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF LABOR, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of habeas jurisdiction.

DATED: November 29, 2010

_____
JAMES V. SELNA
United States District Judge